

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2014

No. 04-14-00368-CR

John Christopher **SPRINGALL**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC-5316
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record in this appeal has filed a notification of late record stating that the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date the clerk's record is filed, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court